UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BATSHEVA SHOHAM** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 1:12-CV-00508-RMC |
| | ) |
| v. | ) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned counsel of record for plaintiffs, hereby request that the Clerk mail a copy of the summons, complaint, notice of suit with translations in Farsi to the following defendants:

Bank Melli
Ferdowsi Avenue
P.O. Box 11365-171
Tehran, Iran


Bank Saderat
Bank Saderat Tower
43 Somayeh Avenue
P.O. Box 15745-631
Tehran, Iran

Iran Airlines
Flour2, Cargo Building, Terminal 3
Mehrabad Airport
P.O. Box 13185-775
Tehran, Iran


 By Registered Mail, pursuant to the provisions of 28 U.S.C. §1608(b)(3).


I certify that this method of service is authorized by domestic law of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of

State.

Dated:   July 25, 2012

     /s/ Gavriel Mairone, Esq.
Gavriel Mairone, Esq.
MM~LAW LLC
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
taxlaw@mm-law.com

     /s/ Michael J. Miller
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Miller809@aol.com