# The Miller Firm LLC
## TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Nancy Guy Miller – MS
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Nathan Cromley – DE, PA, NJ
Julie B. Isen – CA, IL
Timothy S. Peck – VA, MT
Timothy Litzenburg - VA

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960

Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: Millerfirmllc.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

July 25, 2012

Angela D. Caesar, Clerk of Court
USDC for the District of Columbia
333 Constitution Avenue, N.W.
Washington DC 20001

Re:  Shoham et al. v. Islamic Republic of Iran, et al.
     Civil Action No.: 1:12-CV-00508-RMC

Dear Ms. Caesar:

Pursuant to the Foreign Sovereign Immunity Act of 1976, 28 USCS § 1602, *et seq*, we are requesting that the Clerk of the Court mail the enclosed complaint, summons, notice of suit, to the Iranian defendants (Bank Melli, Bank Saderat, Iran Air) in the matter of *Shoham v. Islamic Republic of Iran, et al.* Enclosed you will also find our Affidavit Requesting Mailing on these three agency/instrumentality defendants.

The Foreign Sovereign Immunities Act provides that service may be made upon an agency of instrumentality of a foreign state pursuant to 1608(b)(3) by "delivery of a copy of the summons and complaint, together with a translation of each into the official language of the foreign state (B) by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served," where service under 1608(b)(1) and (2) are unavailable. As there are no special arrangements between the Plaintiffs and these defendants and these defendants do not have to an officer or any agent authorized to receive service of process in the United States, plaintiffs are requesting service pursuant to 1608(b)(3).

Accordingly, enclosed please find the affidavit requesting foreign mailing along with a copy of the notice of electronic filing of the affidavits, copies of the summons and complaint, notice of suit and the Farsi translations to be served on each defendant by registered mail through the U.S. Postal service. Plaintiffs have chosen this method of service after being informed by DHL (and Federal Express) that they have ceased delivering packages to Iran.

Very truly yours,



July 25, 2012
Page 2

_____
Michael J. Miller, Esq.
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055