# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BATSHEVA SHOHAM** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 1:12-CV-00508 |
| | ) | |
| v. | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>AFFIDAVIT REQUESTING MAILING TO THE SECRETARY OF STATE</u>

I, the undersigned counsel of record for plaintiff, hereby request that the Clerk mail a copy of the summons, complaint, notice of suit, and other related documents to the Secretary of State in Washington, District of Columbia for the following defendant:

Islamic Republic of Iran
c/o Minister of Foreign Affairs
Khomeini  Avenue
United Nations  Street
Bagh-e Melli
Tehran,  Iran

By **U.S. POSTAL SERVICE** pursuant to the provisions of 28 U.S.C. §§1608(a)(4).

I certify that this method of service is authorized by domestic law of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

Dated: March 11, 2013.

<u>/s/ Gavriel Mairone</u>
Gavriel Mairone, Esq.
MM~LAW LLC
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611

Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com

/s/Michael J. Miller
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Miller809@aol.com