# M'M~LAW LLC

**ATTORNEYS AT LAW**

LAW@MM-LAW.COM ~ WWW.MM-LAW.COM

UNITED STATES OFFICES
980 NORTH MICHIGAN AVENUE, SUITE 1400
CHICAGO, ILLINOIS 60611 USA
1 312 253 7444 ♦ FACSIMILE 1 312 275 8590

501 BRICKELL KEY DRIVE, SUITE 602
MIAMI, FLORIDA 33131 USA
1 305 358 9600 ♦ FACSIMILE 1 305 358 6500

INTERNATIONAL OFFICES
23, RUE DES VOLLANDES
CH-1207 GENÈVE, SUISSE
41 22 321 12 72 • FACSIMILE 41 22 321 12 72

March 12, 2013

Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:   Shoham v. Islamic Republic of Iran et al.
       Civil Action No. 1:12-cv-00508-RCL

Dear Ms. Caesar:

As counsel to Plaintiff in the above-captioned action, we respectfully request your assistance in serving Plaintiff's summons, complaint, notice of suite and related documents upon the Islamic Republic of Iran, pursuant to 28 U.S.C. § 1608(a)(4). Section 1608(a)(4) prescribes the method of service to be used on this type of defendant, in the following manner: "by sending two copies of the summons and complaint and a notice of suit, and other related documents together with a translation for each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the Secretary of State in Washington, District of Columbia, (Attn. the Office of Policy Review and Inter-Agency Liaison, CA/OCS/PRI), in the matter of *Shoham v. Islamic Republic of Iran, et al.* Enclosed you will also find (Exhibit "A") our Affidavit Requesting Diplomatic Service on this defendant and notice of Electronic Filing of the affidavit. **Please record and file on PACER the Registered Mail tracking number so we can confirm delivery through the United State Postal Service.**

Additionally, the Summons we have attached has not been endorsed by the court. Please endorse and file the summons prior to mailing it to the State Department.

Please note, that we are requesting initial service on this defendant by diplomatic means rather than going the route of first serving these defendants pursuant 1608(a)(3) for reasons that the Republic of Iran is not a signer of The Hague Service Convention and there is currently no formal method of service as Iran does not honor Letters Rogatory. Furthermore, pursuant to this Court's Attorney Manual for Service of Process On A Foreign Defendant, there is an exception for not attempting alternate service on the Republic of Iran before resorting to service through 1608(a)(4). The manual states in part, "SPECIAL NOTE: *The countries of Iraq and Iran have not objected to service by mail. However, many attempts at service by mail or courier are unsuccessful. Therefore, it is okay for an attorney to request service directly through diplomatic channels (28 U.S.C. § 1608 (a)(4) without attempting service under any other provisions first.*"

RECEIVED
Mail Room

MAR 14 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# MM~LAW LLC  ATTORNEYS AT LAW

Angela D. Caesar, Clerk of the Court
Date March 11, 2013
Page 2

Finally, pursuant to Chief Justice Lamberth's order dated February 13, 2013- Docket No. 25, (Exhibit "B")) we are to serve the *Shoham* complaint through diplomatic means by March 15, 2013.

For the foregoing reasons we request service via diplomatic means, pursuant to 28 USC § 1608(a)(4) for the Islamic Republic of Iran.

Please take the necessary steps to dispatch the enclosed materials to effect service on the Defendant under 28 U.S.C. § 1608(a)(4).

**Director, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)**
**U.S. Department of State**
**SA-29, 4th Floor,**
**2201 C Street NW**
**Washington, DC 20520**

Accordingly, please find enclosed a package containing two copies of the complaint, summons, notice of suit, notices of partial voluntary dismissals, and related papers with a translated copy of each into Farsi, as well as check in the amount of $2,275 US Dollars made out to the "U.S. Embassy Bern," which is the fee and the address required by the Department of State.

Please contact our office should you have any questions. Thank you for your assistance.

Sincerely,

/s/ Gavriel Mairone
Gavriel Mairone, Esq.
MM~LAW LLC
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
T – (312) 253-7444
F – (312) 275-8590
ctlaw@mm-law.com

/s/ Michael J. Miller
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Miller809@aol.com

GM/bno
Enclosures: As stated above