

PLEASE PRESS FIRMLY

PRIORITY

The article mentioned above was duly delivered
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature
du destinataire)

Office of Destination – Date
Signature of Agent
destination)

PS Form **2865**, March 2007 (Reverse) PSN 7630-01-000-4770

Country of Destination/Pays de destination:

Islamic Republic of Iran
c/o Minister of Foreign Affairs
Khomeini Avenue
United Nations Street
Bagh-e Melli
Tehran, Iran

United States District Court for the District of Columbia
Constitution Avenue NW
Washington, DC 20001

RECEIVED
Mail Room
JAN 11 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

REGISTERED MAIL
PRE-PAID

RC 0E 50 U.S.

(102595) 99-M-1904

Label 200, July 1999

United States
Postal Service

U.S. POSTAGE
PAID
WASHINGTON, DC
2020 13
AMOUNT
$0.00
00122

Please

EP14-F-P-P June 2012 © U.S. Postal Service

Schedule package pickup right from your home
or office at usps.com/pickup
Print postage online

PS000103S014



UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

Flat Rate Mailing Envelope

Visit us at usps.com



RETOUR                    CN 1