# MM~LAW LLC

**ATTORNEYS AT LAW**
LAW@MM-LAW.COM ~ WWW.MM-LAW.COM

UNITED STATES OFFICES
980 NORTH MICHIGAN AVENUE, SUITE 1400
CHICAGO, ILLINOIS 60611 USA
1 312 253 7444 ♦ FACSIMILE 1 312 275 8590

501 BRICKELL KEY DRIVE, SUITE 602
MIAMI, FLORIDA 33131 USA
1 305 358 9600 ♦ FACSIMILE 1 305 358 6500

INTERNATIONAL OFFICES
23, RUE DES VOLLANDES
CH-1207 GENÈVE, SUISSE
41 22 321 12 72 ♦ FACSIMILE 41 22 321 12 72

August 28, 2013

Angela D. Caesar, Clerk of Court
USDC for the District of Columbia
333 Constitution Avenue, N.W.
Washington DC 20001

Re:   **Shoham et al. v. Islamic Republic of Iran, et al.**
      **Civil Action No.: 1:12-CV-00508-RCL**
      **Substitute Service Bank Melli**

Dear Ms. Caesar:

    Pursuant to the Foreign Sovereign Immunity Act of 1976, 28 USCS § 1602, *et seq*, and this Court's order of February 13, 2103, (attached as **Exhibit "A"**) we are requesting that the Clerk of the Court mail the enclosed summons, complaint, notice of suit, and notice of Partial Voluntary Dismissal with Farsi translation via registered mail, return receipt requested, to the Iranian defendant Bank Melli in the matter of *Shoham v. Islamic Republic of Iran, et al.* Enclosed you will also find our Affidavit Requesting Mailing on this agency/instrumentality defendant and notice of Electronic Filing of this affidavit. **Please record and file on PACER the Registered Mail tracking numbers so we can confirm delivery through the United State Postal Service.**

    Additionally, the Summons we have attached has not been endorsed by the court. Please endorse and file the Summons prior to mailing it via registered mal.

    The Foreign Sovereign Immunities Act provides that service may be made upon an agency of instrumentality of a foreign state pursuant to 1608(b)(3) where service under 1608(b)(1) and (2) are unavailable. As there are no special arrangements between the Plaintiff and the defendant, and this defendant does not have to an officer or any agent authorized to receive service of process in the United States, plaintiffs have been granted permission to serve this agency pursuant to 1608(b)(3)(C) by <u>registered mail, return receipt</u> requested at its branch office located outside of Iran.

    Accordingly, enclosed please find the affidavit requesting foreign mailing along with a copy of the notice of electronic filing of the affidavits copies of the summons and complaint, notice of suit, partial voluntary dismissal documents, and the Farsi translation to be served the defendant – Bank Melli by <u>registered mail</u> through the U.S. Postal service.
Thank you for your assistance in this matter.



RECEIVED
Mail Room

1 6 2013

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

# MM~LAW LLC                              ATTORNEYS AT LAW

Angela D. Caesar, Clerk of Court
August 28, 2013
Page 2

                                                        Very truly yours,

                                                        _/s/_ Michael J. Miller_____
                                                        Michael J. Miller, Esq.
                                                        **THE MILLER FIRM, LLC**
                                                        108 Railroad Avenue
                                                        Orange, VA 22960
                                                        Tel: (540) 672-4224
                                                        Fax: (540) 672-3055


                                                        _/s/_   Gavriel Mairone_
                                                        Gavriel Mairone
                                                        **MM-LAW LLC**
                                                        980 North Michigan Avenue
                                                        Suite 1400
                                                        Chicago, IL 60611
                                                        Tel: (312) 253-7444
                                                        Fax: (312) 275-8590

Encl.