**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BATSHEVA SHOHAM**<br>**Individually and as Administrator to the Estate of Yehuda Shoham** | ) | |
| **Plaintiff,** | ) | Case No. 1:12-cv-00508 (RCL) |
| v. | ) | . |
| **ISLAMIC REPUBLIC OF IRAN, *et al.*** | ) | |
| **Defendants.** | ) | |

## MOTION TO REINSTATE CASE

Plaintiff Batsheva Shoham, by and through undersigned counsel, hereby files a Motion to Reinstate her claims against Defendants Islamic Republic of Iran and Bank Saderat.[1] In further support of this Motion, Plaintiff states as follows:

1. The Clerk of Court previously entered default judgment against Defendants Islamic Republic of Iran ("Iran") and Bank Saderat. ECF No.47 and 65.

2. On April 7-8, 2016, Plaintiff appeared before the Court to submit evidence in support of default judgment. At the conclusion of the Evidentiary Hearing, the Court ordered Plaintiff to submit Proposed Findings of Fact and Conclusions of Law to assist the Court in considering the record.

3. On September 7, 2016, the Court dismissed this action, without prejudice, subject to reinstatement by motion within 30 days, accompanied by the Proposed Findings and

[1] Due to Defendants' decision not to appear to defend this action, Plaintiffs have not been able to confer as might otherwise be required by Local Rule 7(m) regarding Defendants' position on this Motion to Reinstate Case.

Conclusions.

4. Plaintiff respectfully submits that the failure to file the Proposed Findings and Conclusions before September 7, 2016 was not the result of willful neglect. Rather, Plaintiff identified issues that required additional investigation in order to fully assist the Court in consideration of Plaintiff's Motion.

5. Plaintiff hereby submits her Proposed Findings of Fact and Conclusions of Law as Exhibit A.

6. Defendants will not be prejudiced by the reinstatement of Plaintiff's case as both parties have defaulted and failed to enter an appearance.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court grant the Motion to Reinstate the case and accept Plaintiff's Proposed Findings of Fact and Conclusions of Law in consideration of default judgment.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
D.C. Bar No. 397689
David J. Dickens, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

/s/ Gavriel Mairone
Gavriel Mairone, Esq.
Bena Ochs, Esq.
980 North Michigan Avenue, Suite 1400
Chicago, Illinois 60611
Tel: (312) 253-7444

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2016, a true and correct copy of the foregoing Motion to Reinstate Case was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ Michael J. Miller
Michael J. Miller, Esq.