# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-7164**                 **September Term, 2018**

**1:12-cv-00508-RCL**

**Filed On: February 25, 2019** [1774623]

Batsheva Shoham, Individually and as administrator to: Estate of Yehuda Shoham,

       Appellant

   v.

Islamic Republic of Iran and Bank Saderat,

       Appellees

### M A N D A T E

In accordance with the order of February 25, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                       **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                       BY:    /s/
                                                        Lynda M. Flippin
                                                        Deputy Clerk

Link to the order filed February 25, 2019.