# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-7164**  **September Term, 2018**

**1:12-cv-00508-RCL**

**Filed On:** February 25, 2019

Batsheva Shoham, Individually and as
Administrator to: Estate of Yehuda Shoham,

    Appellant

    v.

Islamic Republic of Iran and Bank Saderat,

    Appellees

## O R D E R

Upon consideration of appellant's motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Lynda M. Flippin
    Deputy Clerk